MAY 22, 1957

**No. 60791.**—Scandinavian Oil Co. v. United States, protest 232873–K.—SHORTAGE OF SEAL OIL.—C. D. 1863. Plaintiff's application for rehearing denied.

MAY 24, 1957

**No. 60792.**—SUIT 4887.—John J. Coates Co. et al. v. United States.—

—C. D. 1768 reversed March 29, 1957. C. A. D. 643.